UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORDON D. KNIPPLING,<br><br>               Plaintiff,<br><br>  vs.<br><br>SGT LESTER LITERAL, C/O MARK OWENS, and C/O RONALD V. SKILES,<br><br>               Defendants. | NO. CV-05-5089-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT |

    Magistrate Judge Imbrogno filed a Report and Recommendation on October 31, 2005, recommending Mr. Knippling's First Amended Complaint be dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). There being no objections, the court **ADOPTS** the Report and Recommendation. The First Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

    Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING FIRST AMENDED COMPLAINT -- 1

physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ___28th___ day of November 2005.

                    s/ Fred Van Sickle
                    FRED VAN SICKLE
                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING FIRST AMENDED COMPLAINT -- 2